UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VENESHIA OLIVER,<br><br>            Plaintiff,<br>   v.<br>STATE OF NEVADA, et al.,<br><br>            Defendants. | Case No. 2:25-cv-00813-GMN-BNW<br><br>**ORDER** |

*Pro se* Plaintiff Veneshia Oliver moves to voluntarily dismiss this action, arguing that it was mistakenly opened by the prison's law library. (ECF No. 4). Oliver's motion is construed as a notice under Federal Rule of Civil Procedure 41(a)(1)(A)(i) voluntarily dismissing this action. Voluntary dismissals do not require a court order when, like here, no party has served "either an answer or a motion for summary judgment[.]" Fed. R. Civ. P. 41(a)(1)(A)(i).

**IT IS HEREBY ORDERED** that the motion to dismiss (ECF No. 4) is construed as a notice of voluntary dismissal under Rule 41(a)(1)(A)(i), and so construed, this action is **DISMISSED without prejudice**.

It is further ordered that the application to proceed *in forma pauperis* (ECF No. 1) is denied as moot. This means the plaintiff will not be charged the filing fee for this action.

The Court kindly directs the Clerk of Court to enter judgment accordingly and close this case.

**DATED** this 29 day of May, 2025.

_____
Gloria M. Navarro, District Judge
United States District Court

1